**EXHIBIT B**

 Gmail

Erica Treeby <ericatreeby2@gmail.com>

---

## Jacob Harding-Abeyta

**DUSTI KOCHER** <pecxican@aol.com>  
To: Erica@pier5law.com

Thu, Jul 15, 2021 at 5:03 PM

To whom it may concern,
My name is Dusti Kocher and I am writing to provide evidence of the good character of Jacob Harding-Abeyta.
I have known Jacob his whole life. His mom Kerri and I became best friends in November 1993 when Jacob was only six months old. Kerri, Jacob & I lived together from 1994 to 1995 and our bond didn't stop there. I had Jacob quite often, not because his mom couldn't take care of him but because we formed a bond while living together and Kerri understood so she didn't mind "sharing" him. We have been a huge part of each others lives. He has lived with me at various times in his life all the way up until currently so I was in contact with Jacob every day except for now. I am like a second mom to him. We may not be blood but I consider him to be one of my kids & to my children he is their brother. So as far as me & my children go we are considered a part of his family as he is ours.
Jacob has made some mistakes in the past as we all have once or twice in our lives and he has served his time for them. Since Jacob was released in 2019 he has become a father of two girls Bella who will be two in September and Gianna who will be one also in September. He has always been their main provider physically and financially. He was employed up until COVID-19 came along and shut everything down and was on unemployment for a little while but then joined the pile drivers union and had landed a job with Ghillotti Brothers. He was recently released from parole and wanted nothing more than to move on with his life determined to build a bright future for him and his daughters.
I would like to recommend Jacob be granted pretrial release in order to care for his daughters. I know he will not flee jurisdiction and will appear on all his court dates because he wants nothing more than to do what's right to ensure he can be present to raise his daughters to the best of his ability.
I also recommend that Jacob be granted leniency because he has worked so hard to do what's right and be the best dad to Bella and Gianna. They are his world as he is theirs. Let his past be his past and allow him to move forward with his life as he has come so far.
Sincerely,
Dusti Kocher
330 Los Altos Pl
American Canyon, Ca 94503
707-315-3813

Sent from my iPhone

1

 Gmail

Erica Treeby <ericatreeby2@gmail.com>

## Jacob Harding-Abeyta

**DUSTI KOCHER** <pecxican@aol.com>　　　　　　　　　　　　　　　　　　　Tue, Jul 20, 2021 at 2:21 PM
To: Erica Treeby <erica@pier5law.com>

July 19, 2021

To whom it may concern,

My name is Jeanne Mezzacappa and I am writing on behalf of Jacob Harding-Abeyta in order to provide evidence of Jacob's good character.

I have known Jacob since he was born so I have known him his entire life. I have known his family for over 35 years. I know his extended family of aunts,uncles,cousins,nieces, nephews and most of all his two beautiful daughters. I did not have much contact with him until recently due to his injury and the dire situation with the mother of his children.

Jacob is a great dad. His children are the most important thing in his life. He always makes them his number one priority, even more so now they don't have a mom to help raise them. He is loving and very family oriented. Never have I seen Jacob be violent in any manner. He had a job and a home prior to all of this, providing a safe and secure place for his family. Jacob is very trustworthy. If he says he's going to be there for you, no matter what, he stands by his word. I have witnessed the change in him, he is more responsible now and takes care of his family.

I would recommend that Jacob be granted pretrial release. His daughters need him, especially now. Their mom has already been taken from them. He is all they have. Jacob would never flee jurisdiction and he would be at all his court dates. Nor would he pose any danger to the community. He would never desert his girls, therefore I can honestly say that Jacob will always be here for his babies and he will abide and do whatever it takes to be able to raise his daughters.

My recommendation for Jacob is that he be  granted leniency,especially due to his current situation with the mother of his children. Jacob has had to overcome a lot of adversity. He has grown into a man that takes care of his responsibilities. He had a home and a good job providing for his babies. He has done a great job raising the girls on his own. He has done good as far as I can see. Jacob is a good man who loves and will do anything for his family. We are all here and willing to support him.

Sincerely,
　Jeanne Mezzacappa
　2200 Elliott Dr.
　American Canyon,Ca
　　　　　94503
　　707-318-1505

Sent from my iPhone

Sean Chilberg
1119 Indiana St
Vallejo, CA 94590

July 8, 2021

To whom it may concern,

My name is Sean Chilberg. Jacob Harding- Abeyta and I have carried a strong, solid friendship for over 14 years now. I have grown to see the very exceptional man he has become. I was both troubled and surprised to hear about this recent case. For this reason, I am glad to write a letter of reference for Mr. Jacob Abeyta. I know the seriousness of this matter. I hope leniency is considered.

I moved into a new home in Vallejo, California when I was 12 years old, not knowing the new friends I would have met on the block. Very soon after, I met Jacob when we were both young boys. Jacob and I became close friends. Not only did I have a new friend but a new brother. I grew up with Jacob. His family became my family as well my family to his. I cherish many memories that we have shared growing up as kids to the adults we are now. Jacob's family has raised a very loving, confident, and God-fearing man.

I have witness Mr. Jacob Abeyta's growth as a person and a father. After Jacob's release from his prior conviction, I have seen a whole different side of Jacob that has warmed my heart. Upon coming home to his family, Jacob soon after obtained a job where he worked hard and was promoted quickly. To receive promotions, we know what kind of person and employee you must be to succeed. Shortly after, Jacob was blessed with two daughters of his own. Through his accomplishments, he was able to provide his family a place where they would call home. These things do not fall in the hands of people who do not work hard or show integrity. I am positive these accomplishments did not happen on accident, but through manifestation.

I know without a doubt if Jacob were granted released pre-trial, he would remain responsible and take care of his duties and would be held accountable. There are two beautiful daughters that need their father in this difficult time. I hope all things stated above are considered. I will vouch on the behalf of my best friend, brother, and family. I hope to see leniency, we never know what people are going through. Give grace and mercy, because one day your circumstances could change, and you may need it.

Sincerely,

*Sean Chilberg*

Sean L. Chilberg

To whom it may concern:	July 14, 2021

My name is Heidi Lynn Corneto-Pendergast, and I am writing this character reference letter on behalf of Jacob Harding-Abeyta. I am Jacob's Godmother and I have known Jacob his entire life. I am also the mother of his biological younger brother, Vincent Diaz. Jacob's mother and I have been best friends since junior high school, at the age of fifteen. We have been family for thirty-five years.

The strength and resilience that is in Jacob is admirable and today is even stronger for the sake of his two daughters. I have seen Jacob go through many struggles, but he never stays down. And the drive and love he has for his family are hardly ever found.

Before Jacob was arrested, Jacob was discharged from his parole and was starting his new job in the pile drivers' union. He is the sole provider for his two daughters, and he was on the right track for his life with his children. Coming from a recovering addict myself, the experience in many is not how many times that you fall... but that you get back up. In this, I have been able to witness for myself the change in Jacob's voice of complete accountability.

This letter is not to say that Jacob should not be responsible for his actions. It is to ask that he be granted a pretrial release. His daughters deserve that his affairs be in order before he is sentenced. I know that Jacob will handle this situation with responsibility because that is just who Jacob Harding-Abeyta really is.

This letter is also to ask that Jacob may have leniency in sentencing for the sake of his small children and him being their only parent.

I have seen a difference in Jacob and remarkable things were starting to happen for him and his children. His job is waiting for him. His children just lost their mother, and they need the security of their father at this time.

Thank you for taking this letter into consideration. It is gratefully appreciated.


Sincerely Yours,


Heidi Lynn Corneto-Pendergast

(925) 430-4414

4

Case 2:21-cr-00118-JAM   Document 18-2   Filed 08/31/21   Page 6 of 12

To whom it may concern:

My name is Mariah Massa, I'm a 25-year-old law student currently pursuing my J.D. at McGeorge School of Law and working as a student attorney for the Yolo County Public Defender. Aware of the current charges he is facing, I am writing to provide evidence of the good character of Jacob Harding-Abeyta, who is a cousin of mine.

Jacob has essentially been in my life since the day I was born, he is older than me by a few years, and although as cousins we wished we could have spent many more days together growing up, there were obvious gaps in time spent together due to distance of cities which we lived, the time of our lives that we were in, the age gap, the schools which we attended. Nevertheless, I have been lucky enough to know Jacob over the course of my twenty-five years here so far. Adulthood has brought us closer than ever before and with a more definite schedule on my own part I have consistently been able to see him for lunches, family dinners, birthday parties, baby showers, holidays, and the occasional random catch up. We live much closer these days, about a city apart, and when my schedule allows it, I like to spend my time with family, which often includes Jacob.

In my long history of knowing Jacob, I can confirm he is a man of integrity and good moral character. With knowing him for so many years I was able to witness Jacob face both ups and downs, and even in the face of adversity I can confidently say he is a good person at his core. As I said before, Jacob is older than me and as an older cousin his guidance and advice never faltered, he was always adamant on ensuring I was safe, making the best decisions for me, and abiding by the law. Jacob would be the first person to say he'd drive us home as a designated driver and never waiver on the offer, he would always wait until we were inside before he'd pull away, he'd manage to defuse heated conversations amongst us younger cousins, all while still being as honest and loving as possible. Family is a big thing for all of us, but I felt safety in knowing how family-oriented Jacob was and the fact that if I ever needed help Jacob was simply a call away. Even in more serious instances, I was always impressed with Jacob's ability to remain calm, think before acting, and always have the people he loved at the top of his priority list. We could be out having a good time and if the energy shifted and some strangers began to get aggressive, Jacob would take the people he cared about and remove everyone, including himself, from the situation in the blink of an eye, never enticing or finding a need to get violent. In all my years of knowing him this has always been his approach, not once have I seen Jacob handle a situation with violence or aggression.

Despite his prior prison sentence, Jacob has maintained a job since his release and even joined the Pile Drivers Union towards the beginning of this year, an accomplishment well deserved. Work has been a staple in Jacob's life as he is the primary caregiver for his two beautiful daughters, ages one and two, since the day they were born. I'm saddened to say that he will likely forever be the primary caregiver as the girls' mother is currently on life support and unfortunately showing no signs of possible recovery. I know Jacob has spent a portion of his life in an out of prison visits with his step father, an adversity all in its own, but I also know that the circumstances shaped Jacob into the man he is now, and drove him to work, to love deeply, to abide by the law, and be the best man he could be.

I highly recommend that Jacob be granted pretrial release, I could not imagine he would ever flee the jurisdiction seeing as it simply is not in his best interest and from my knowing him

5

Jacob backs his best interest by action, accordingly I also believe he would consistently appear to his court dates on the days and time the court asks him to. I'd like to add that a potential threat or danger to the community by criminal activity should not be a concern here, he would not pose such a threat or danger in anyway, as he has not for many years. Additionally, this is an extremely critical time in his daughter's lives, they face losing their mother and their father unable to be there to comfort and help them through this trivial time, seeing as the girls mean just about everything to Jacob, being home with them is imperative.

    I'd also recommend that Jacob be granted with leniency based on mitigating factors like his historically non-criminal nature he's upheld most his life and the good character he has displayed both prior and after his charges. Additionally, there are the obvious strides Jacob has made to overcome adversity, remaining positive and hopeful in times of loss and struggle where Jacob persevered not only for himself but for his family and especially his child. Perhaps, in my opinion, the most important mitigating factor is Jacob's desire for and steps toward rehabilitation. He has taken fault and mistakes and harvested a future of change and bettering of himself, turning a failure into a lesson, something that is not always the easiest task to do. I hope this letter speaks to his character such to the extent that you'd both give him the opportunity for pretrial release, as well as the chance to be granted with leniency.

Kind regards,

Mariah Massa

 Gmail                                                                       Erica Treeby <ericatreeby2@gmail.com>

## Jacob Harding Abeyta

**Sandra LaRosa** <sandielarosa@yahoo.com>                                              Wed, Jul 7, 2021 at 3:46 PM
To: Erica@pier5law.com

My name is Sandra LaRosa and I am writing to provide evidence that Jacob is of good character.

I have been good friends with Jacob's Mother before Jacob was born. Despite lack of DNA the Harding's are family. I have watched Jacob go through all the stages of life. I know Jacob as a trust worthy, honest, nonviolent family oriented young man. Over the last two years I have seen him become a mature, responsible, caring father to two beautiful little girls that adore him.

Recently their mother suffered a devastating medical condition that is terminal. Jacob stepped up as a single parent caring for 2 little girls under the age of two.
He has made them #1 priority over everything else and looking at them with him you can see just how much they depend and love him.

We are praying for a pretrial release, mainly for Bella and Gia. They need the security he provides them so soon after losing their Mom.

Jacob is very responsible and he knows the importance of making all his court appearances. He also would never flee leaving his girls behind because he loves them.

As a family we would do anything we can for Jacob and his girls. Jacob is a good, honest person who cares deeply for his Mom, brother, and daughters. I know if released pretrial his first objective would be to ensure no matter the outcome of the trial, his daughters will be taken care of in a loving, secure environment.

Thank you for your time
Sandra La Rosa
Sent from my iPhone

**Atasha Newton**
Aunt of **Jacob Harding-Abeyta**
4182 Green Valley Road
Fairfield, CA 94534
(916) 220-3692
Atasha.enterprises@gmail.com

To Whom It May Concern:

My name is Atasha Newton, a 45 year old Christian mother of three. I have devoted most of my adult life to supporting the career and business endeavors of my late husband, home schooling my children and advocating and supporting my 2nd son who is autistic. I am the aunt of Jacob Harding-Abeyta, and have therefore known him his entire life.

I am writing to ask that you consider releasing Jacob on bail, as I believe he poses no risk of flight. Jacob has always put the wellbeing of others ahead of himself, especially his family members and loved ones. When my husband passed away in 2019, Jacob would take me out to dinner, or to sing karaoke, when I felt lonely and needed to socialize. He wanted to make sure I was always safe and looked after. Once at a family party, my autistic son Demus became agitated. In circumstances where one could easily scold Demus or lose patience at his less than appropriate behavior, Jacob took his younger cousin aside to talk to him and help him understand how to better respond. He helped calm Demus and hugged him so he understood that there was no love lost. These are just a few small examples of the caring young man that Jacob is.

On June 8th, the mother of Jacob's two daughters entered into a coma, from which she is not expected to recover. This is a critical time for his girls who are both just shy of their first and second birthdays. I know that it would mean everything to Giana and Bella, to have their father back home with them during this very difficult time.

I thank the court for your consideration and for taking the time to read this letter. I ask that you would consider releasing Jacob on bail. I am available to confirm the facts in this letter as necessary.

Sincerely,

*Atasha Newton*

Atasha Newton

 Erica Treeby <ericatreeby2@gmail.com>

## Fwd: Jacob Letter

**Kim Ryann** <kimnryann@gmail.com>  Tue, Jul 13, 2021 at 11:05 AM
To: erica@pier5law.com

Kim C Matson
707-655-1407

My name is Kim and I have known Jacob Harding Abeyta since he was a little boy and I wanted to share my thoughts on how I see his Character to be AMAZING.

The Jacob I know loves his Family, loves his brothers and sister, loves his Mama, Step Dad Paul and his Dad. He is kind, caring, thoughtful and very Religious.

The Jacob I know is loyal and puts others' needs first. He and my nephew were Best Friends and I loved watching them grow up and share life and dreams together. Sadly, my nephew Jacobs best friend died in a car accident on his way to work and it broke all of our hearts.

What I saw Jacob do was stand up in place of my nephew and made it a point to take care of my nephews family, he always checked on his sister and his daughter and Son, he fought hard to get my nephew a grave site and when the grave site was put up Jacob would go there every single day and visit his Best Friend. Jacob, like I said, is loyal and has a kind heart and is a Child of God.

Jacob worked hard when he was employed and took pride in every job he had, he made his Mom Proud, but mostly Jacob made himself proud and the better he did in life the better he felt about himself. Jacob became a dad twice and his daughters are his world, Jacob has always taken care of them and I have told him many times that I am so proud of the Dad he is, I love witnessing their Bond.

I believe in my heart Jacob deserves to be out on Bail for his Trial. He deserves to have a fair trial and his daughters deserve to have their dad around as it will just cause a domino effect when young kids have absent parents in their life and Jacobs daughters are missing the presence of their Father. God is our Judge in life and we Humans are not Judges and we should give people chances and breaks in life, just like God did for the US.

I highly respect Jacobs character and know he is a Good Human with a Good Heart, his Mother is an Amazing person with a Good Heart and I hope the Bail Hearing Judge finds it in his heart to let Jacob out on Bail so he can find the strength from God and his Family to fight his case fairly and he deserves. Imagine if it was your Son or your Grandson you would want the same..

Thank you for your time

Kim C Matson

# M Gmail

Erica Treeby <ericatreeby2@gmail.com>

## Character reference letter for Jacob Harding Abeyta

**kerri harding** <kerriharding@live.com>  
To: "erica@pier5law.com" <erica@pier5law.com>

Sat, Aug 28, 2021 at 7:16 AM

# Kerri Harding

500 Maple Ave.  
Vallejo Ca. 94591  
(707)563-7746

To whom it may concern,

My name is Kerri Harding, I am the mother of Jacob Harding-Abeyta. Thank you for taking the time to read these character reference letters on Jacob's behalf.

When Jacob was 6yrs old his step father came into our lives. He was wonderful and a great role model for Jacob. He taught Jacob everything. By the time Jacob was 12 his step father had gotten into some trouble and was indicted resulting in a 10yr sentence. As a family we were devastated. We would spend then next 8+yrs in the visiting rooms of federal prisons. Children learn what they live, and as with many children with an incarcerated parent, Jacob ended up in trouble at 18yrs old. He was sentenced to 5yrs. While Jacob was in prison his step father was released and then passed away a short time later, again Jacob was devastated. When Jacob was released he went to work immediately. He commuted everyday with his best friend. This person was a great influence on Jacob encouraging him to work hard save his money so he could buy a car. Finally he took Jacob down and Jacob purchased his first car. A couple weeks later this friend died in a head-on collision on his way to work. I've never seen Jacob so broken, over yet another devastating loss. His friend was only 29yrs old with a wife and 3 kids. Grief had taken Jacob to a very dark place. A friend of mine helped Jacob get into the Pile Drivers Union Local 34. He had only been working a week when he was shot in his leg while helping the mother of his kids move. We almost lost Jacob.. scariest day of our lives. Then the following week the mother of Jacob's children was found unresponsive. She remains in a coma and is not expected to live. The fact is Jacob has experienced more tragedy in a short time than most people will in a lifetime. This devastation and grief can consume a person. Jacob would benefit from therapy and even anger management classes.

What I'm asking the court to consider is pre trial release on his own recognizance so that he may lay his children's mother to rest and be here with his daughters. They need him now more than ever. Finally I ask that you consider leniency in this case. Jacob has suffered a tremendous amount of loss and devastation. But in this difficult time his daughters need him and he needs them. His union job is waiting on him to return to work.. Thank you for your time.  
Sincerely,  
Kerri Harding

•

Sent from my iPhone