# Exhibit 1

Relevant Discovery Excerpts

USA v. Harding-Abeyta

2:21-cr-00118-JAM

**VALLEJO POLICE DEPARTMENT**
111 AMADOR ST    VALLEJO, CA 94590
**SUPPLEMENT 2**

Page 1

21-5005

On 05/02/21 I was assigned to VPD Patrol as 4P8. I was wearing full Police uniform and driving fully marked Patrol SUV #130.

At the listed time I responded to ▇▇▇▇▇▇ for a report of a gunshot victim.

While en route, Officers located (V) Jacob near the intersection of Glen Cove Pkwy and Robles Way. I proceed to ▇▇▇▇▇▇ to locate the scene and any other possible victims or suspects.

I arrived on scene and observed Ofc Sullivan detaining (AR) O▇▇ D▇▇▇▇▇. I observed (M) V▇▇▇ and (M) J▇▇▇▇ N▇▇▇▇▇ seated on the front porch of the residence and called them over to me. Both walked over and sat on the curb in front of the residence.

Once the scene was rendered safe, I obtained the following statement from (M) V▇▇▇ in summary:

(M) V▇▇▇ stated that it was her husband, (AR) O▇▇'s, birthday so they had gone out to a local bar (Gentleman Jims) with friends to celebrate. She explained that once everyone had been drinking at the bar, (AR) O▇▇ had gotten into a verbal argument with (V) Jacob over "bullshit." At somepoint in the evening (AR) O▇▇ had called (M) V▇▇▇ a bitch and so she was ignoring him and avoided him the rest of the evening. At some point, she got a phone call from (AR) M▇▇▇ E▇▇ where he asked her "is that you pulling up to the house?" She responded with no but thought that was weird so she drove home. Once there, she learned that (V) Jacob had been shot with a shotgun in the leg, but had no idea how it had happened. (M) V▇▇▇ stated that she helped (V) Jacob get loaded into (AR) M▇▇▇'s vehicle so that he could go to the hospital. She waited there and was met by VPD.

(M) V▇▇▇ had little to no further information to add and was ultimately released from scene at the conclusion of the on scene investigation.

Nothing further.

Ofc J Patzer 713

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 713 | PATZER, JORDON | 05/03/2021 | 600 | BOYCE, WAYLON | 05/03/2021 |

PDF created with pdfFactory trial version www.pdffactory.com

ABEYTA_00000009

**VALLEJO POLICE DEPARTMENT**
111 AMADOR ST    VALLEJO, CA 94590
**SUPPLEMENT 3**

Page 1

21-5005

On 05/03/21 at approximately 0020 hours, I responded to the area of ▉▉▉▉▉ regarding the report of a shooting.

VPD Dispatch advised a male subject had been accidentally shot by a shotgun. While enroute Ofc. Coelho advised he was flagged down by a passerby, who advised the victim had left the scene in a vehicle.

Upon arrival, I observed (AR) O▉▉ D▉▉▉▉▉▉ and (M) J▉▉ N▉▉▉▉▉▉▉ standing in the front yard of ▉▉▉▉▉▉. (AR) O▉ D▉ had a significant amount of dried blood on his shirt, jeans, and arms.

I had (AR) D▉▉▉▉▉ sit on the curb and he spontaneously stated the following in summary:

We started fist-fighting and I threw the shotgun and it went off. It shot him in the leg. It was an accident. The weapon is in the safe.

I detained (AR) D▉▉▉▉▉ in handcuffs without incident and placed him in my patrol vehicle. (AR) D▉▉▉▉▉ was identified via CA DL.

Ofc. Coelho, Sgt. Boyce, and I conducted a protective sweep of the residence to ensure there were no other victims inside.

I then re-contacted (AR) O▉ D▉▉▉▉▉. I read (AR) D▉▉▉▉▉ his Miranda Rights and he stated he understood. (AR) D▉▉▉▉▉ told me the following in summary:

(AR) D▉▉▉▉▉ went to a bar with his friends to celebrate his birthday. He got into an argument with his friend (V) Jacob. At the bar, (V) got into his face and stated he was going to come to (AR) D▉▉▉▉▉'s house and insinuated he was going to beat up (AR) D▉▉▉▉▉. (V) arrived at (AR) D▉▉▉▉▉'s house. Believing (V) had people with him, (AR) D▉▉▉▉▉ armed himself with a shotgun in self-defense. He opened the door and saw (V) was alone. He put the shotgun down on the ground and got into an argument with (V). The argument escalated and he got into a fistfight with (V) in the driveway. After the fistfight, he walked towards the front door and picked up the shotgun. Once he picked up the shotgun, (V) grabbed him and a tussle ensued. (AR) D▉▉▉▉▉ tossed the shotgun, barrel-first towards the garage wall because he knew no one was inside the house. Somehow, the gun went off striking (V) in the leg. (AR) D▉▉▉▉▉ applied a makeshift tourniquet out of a sweater and called 911. (AR) D▉▉▉▉▉ then put the shotgun away in the safe in his bedroom.

I maintained scene security until a search warrant was obtained for the shotgun in the safe. I assisted with the search of the safe. Inside the safe was an AR-15 that had dried blood on the grip and handguard. It is worth noting that when Ofc. Eaton stopped the vehicle transporting the victim, the driver (AR) M▉▉ E▉▉▉▉▉ stated there was an AR-15 in the back of his vehicle. However, it was never located. The dried blood on the AR-15 indicated it was moved into the safe after (V) had been shot.

Inside the safe was the following shotgun:

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 728 | SULLIVAN, CONNOR | 05/03/2021 | 675 | HOLLIS, RASHAD | 05/03/2021 |

PDF created with pdfFactory trial version www.pdffactory.com

ABEYTA_00000010

**VALLEJO POLICE DEPARTMENT**
111 AMADOR ST   VALLEJO, CA 94590
**SUPPLEMENT 3**

Page 2

21-5005

- RADIKAL PUMP ACTION SHOTGUN #20P8094

It is worth noting that the firearm had multiple fresh dirt marks on the fore-end and barrel, indicating that it had been tossed onto the ground.

While the firearm was inspected and rendered safe, there was an expended shotgun shell located in the ejection port, indicating the firearm had been fired. There were four unexpended shotgun shells loaded in the magazine. There were an additional five unexpended shell casings on the saddle mount.

I completed a NIBN form for the firearm. I also completed a work order requesting the firearm be processed for DNA and fingerprints.

I booked the firearm and shotgun shells from the saddle mount into evidence as item 728-3. I booked the shotgun shells chambered inside the shotgun into evidence as item 728-4.

I took photographs of the scene, and later uploaded the images to evidence as item 728-2.

Nothing further.

Officer C. Sullivan

VALLEJO POLICE DEPARTMENT CONTROL DOCUMENT

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 728 | SULLIVAN, CONNOR | 05/03/2021 | 675 | HOLLIS, RASHAD | 05/03/2021 |

PDF created with pdfFactory trial version www.pdffactory.com

VALLEJO POLICE DEPARTMENT
111 AMADOR ST    VALLEJO, CA 94590
SUPPLEMENT 4

Page 1

21-5005

Case 2:21-cr-00118-JAM   Document 20-1   Filed 09/16/21   Page 5 of 10

On above date and time I was working as VPD patrol unit 4P1.

I was dispatched to a call of a subject shot in the area of Robles and Shady Lane, Vallejo.

As I neared the area, I heard an officer advise that the victim had just been driven away from the scene in a white vehicle. I then immediately noticed the officer that was driving in front of me (Ofc Garcia) flip a u-turn on a white vehicle that was leaving the area at a high rate of speed; I also turned around, and saw the driver waving his hand out of the window at us.

Ofc Garcia and I stopped the vehicle and went to the car; I noticed a subject prone out in the backseat with bloody clothes on and blood all over the inside of the vehicle. Other officers began arriving. I told Ofc Garcia to get the shot subject out of the vehicle and to start providing first aid.

Based on the nature of the call and the highly fluid, evolving situation, I detained the driver (later identified as (AR) E█████) in handcuffs while we attempted to get more information. E█████ was in an elevated state and was speaking rapidly about being called to a house to pick up someone who was shot; I asked him if there were any guns in the vehicle and said yes there were, that there was an AR15 in the back of the vehicle.

I quickly checked the passenger compartment for a rifle or shotgun and didn't see one. I considered the possibility that a weapon had been thrown from the vehicle. Medics had arrived by that time and were working on (V) Abeyta's GSW. Ofc Garcia went to go check the likely path of travel of the vehicle but did not locate any long guns.

A subsequent, thorough search of the vehicle revealed a small silver revolver shoved between the driver's seat and center console. E█████ was eventually placed under arrest for that weapon, see other reports.

At this point I went to Northbay Fairfield to get an updated status for Abeyta, where I learned he was about to go into surgery. The ER physician on duty did not believe the wound was life threatening overall, however he was unable to know the full scope of damage to Abeyta's leg until the vascular surgeon arrived.

This ended my involvement in the case. See other reports.

C. Eaton #703

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 703 | EATON, COLIN | 05/03/2021 | 600 | BOYCE, WAYLON | 05/03/2021 |

PDF created with pdfFactory trial version www.pdffactory.com

ABEYTA_00000012

| VALLEJO POLICE DEPARTMENT | Page 1 |
|---|---|
| 111 AMADOR ST    VALLEJO, CA 94590 | |
| SUPPLEMENT 5 | 21-5005 |

On 05/03/2021 at approximately 0020 hours, my FTO, Cpl. Hollis #675 and I were working patrol for the Vallejo Police Department, as 4P4. I was dispatched to ▇▇▇▇▇▇▇ in Vallejo for a shots fired call for service.

VPD dispatch advised that an unknown RP called 911 and reported a male had been shot.

While enroute, Ofc. Coelho was flagged by a passerby who stated a white Toyota 4runner(▇▇▇▇▇/ CA) was transporting (V) JACOB ABEYTA, who I later confirmed his identification via a CA driver's license, had just passed us. I made a U-Turn and caught up to the Toyota. Multiple VPD officers and I conducted a traffic stop on the Toyota at the intersection of Glen Cove Pkwy and Robles Way.

Immediately after the traffic stop, I observed officers carrying ABEYTA out of the vehicle. I then observed officers rendering medical aid to ABEYTA.

I observed ABEYTA's person and noticed his jeans were drenched in blood. Officers removed ABEYTA's pants and I observed he had an approximately six inch by six inch gunshot wound to his right shin. I then observed officers applying a tourniquet on ABEYTA's right leg in an attempt to stop the bleeding. ABETYA told Cpl. Hollis he did not know why or who shot him.

Vallejo Fire Department (VFD) and Medic Ambulance arrived on scene and provided ABEYTA with medical attention. Medic advised me that they were going to transport ABEYTA to North Bay Medical Center in Fairfield.

I photographed ABEYTA and his gunshot wound at the scene. The photographs were later uploaded into EVIDENCE.COM

I collected ABEYTA's bloody clothes and later booked them into evidence.

It should be known that the driver of the Toyota was detained in order to investigate what had occurred with ABEYTA.

I contacted (AR) M▇▇▇▇ E▇▇▇▇▇▇, who was the driver and registered owner of the Toyota. I read E▇▇▇▇▇ the Miranda Admonition verbatim, from my pre-approved Solano County Office of the District Attorney Card. E▇▇▇▇▇ stated he understood his rights and was willing to speak to me. E▇▇▇▇▇ told me the following in summary:

On 05/30/2021 at approximately, E▇▇▇▇▇ received a phone call from (AR) O▇▇▇▇ D▇▇▇▇. D▇▇▇▇ told E▇▇▇▇, "Get the fuck over here our friend just got shot!"

E▇▇▇▇ told me he did not ask any questions and immediately complied with D▇▇▇▇▇'s request. When E▇▇▇▇ arrived at the listed residence, he observed ABEYTA laying on the front yard with an AR-15 on his chest. E▇▇▇▇ observed ABEYTA was sweating profusely and covered in blood. E▇▇▇▇ told me D▇▇▇▇ and V▇▇▇▇▇, who was D▇▇▇▇▇'s roommate, placed ABEYTA into his Toyota. ABEYTA was loaded into the rear driver side seat of E▇▇▇▇'s vehicle. While ABEYTA was being loaded into the vehicle, E▇▇▇▇ was talking to D▇▇▇▇'s

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 748 | DIAZ, ELIAS | 05/03/2021 | 675 | HOLLIS, RASHAD | 05/03/2021 |

PDF created with pdfFactory trial version www.pdffactory.com

ABEYTA_00000013

| VALLEJO POLICE DEPARTMENT | Page 1 |
|---|---|
| 111 AMADOR ST    VALLEJO, CA 94590 | 21-5005 |
| SUPPLEMENT 7 - V-Abeyta Statement | |

**VALLEJO POLICE DEPARTMENT CONTROL DOCUMENT**

On 05/07/2021, at approximately 1030 hours, Det. Schillinger and I went to North Bay Medical Center to speak with (V) Jacob ABEYTA, who was in room 1610. Det. Schillinger and I spoke with ABEYTA, who told us the following is summary, which was recorded on my AXON:

I told ABEYTA I knew he had been shot and asked him what happened. ABEYTA said "we was getting into it, and it went off. I can't tell you much, I was drunk." I asked ABEYTA what he meant by "getting into it". ABEYTA said it was a scuffle. I asked if he was fighting someone, ABEYTA said yes, but that there weren't any swings. ABEYTA said he wasn't sure who he was scuffling with. Det. Schillinger asked ABEYTA if the shooting was an accident. ABEYTA said he didn't know what it was. I asked ABEYTA who was there during the scuffle. ABEYTA said he didn't know who was there when he was shot. Additionally, ABEYTA said he didn't know where he was when he got shot. ABEYTA said he was drunk and "I can't tell you nothing".

ABEYTA said he was shot in his right leg and there was still a big hole in his leg. ABEYTA said he has had seven surgeries related to his injury so far. ABEYTA doesn't know what permanent injuries if any he will have as a result of the shooting. ABEYTA said he may not be able to use his right leg or walk again and that he will have long term rehabilitation which will determine this. ABEYTA said currently he is unable to put any pressure on his injured leg or move it in certain ways. ABEYTA said he is hoping to get discharged from the hospital soon and is trying to make arrangements to stay with either his mother or aunt to help him with his rehabilitation.

ABEYTA expressed Det. Schillinger and I that he was in a great deal of pain and didn't really want to speak with us regarding this incident. ABEYTA said he didn't want this case investigated any further or want prosecution in this case. I provided ABEYTA with my business card and asked him to call me if he changed his mind or wanted to talk further.

Refer to AXON recording for further information. The AXON footage was uploaded into evidence as item 667-1.

I request this supplement be forwarded to the DA's Office for review.

End of supplement.

Murphy #667

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 667 | MURPHY, BRIAN | 05/08/2021 | 569 | MUSTARD, MAT | 05/10/2021 |

PDF created with pdfFactory trial version www.pdffactory.com

**Vallejo Police Department**
111 Amador ST
Vallejo, CA 94590
707 648-4321
Fax: 707 648-4490
www.vallejopd.com

Crime Report
Report # 1303216.1
Date: 3/21/2013

10
Page 10
of 3

| Alert(s) | |
|---|---|
| Owner | |
| Property Category | 27 - Recordings-Audio/Visual |
| IBR Type | 27 - Recordings-Audio/Visual |
| UCR Type | F - TV's, Radios, Stereos, Etc... |
| Status | E - Evidence (Including Other Seized Property And Tools) |

| License No. | State | License Year | Vehicle Year | Color | Body Style |
|---|---|---|---|---|---|
| | | | | | |

| Recovered Date | Disposition | Evidence Tag |
|---|---|---|
| 3/21/2013 | VERPIC | |

| Drug Type | |
|---|---|
| Drug Quantity | Drug Measure |

**Property Notes**
Photos of crime scene.

**Report Narrative**

On 03/21/2013 at approximately 00:45 hours, I responded to the report of stabbing at 2015 Springs Road, the Blue Rock Bar. A Reporting Party/former employee called into the Dispatch Center to report a stabbing had just occurred at the Blue Rock Bar.

Before arriving to the Blue Rock Bar, Cpl. Huff #586 and Officer Quesada #504 detained the Suspects, Jacob Harding (with a pony tail), C___ G___ (wearing a red hat) and two other unknown females, at Springs Road and Oakwood Avenue.

Upon arrival, I saw the Victim, B___ H___, on the ground outside of the bar with stab wounds to his stomach and left arm. H___ was being treated by medical responders and then he was transported to the North Bay Medical Center.

I then spoke with Witness-L___ W___ in front of the Blue Rock Bar who told me the following. W___ was inside of the Blue Rock Bar this evening. An argument broke out between Harding and G___ B___ over an unknown cause. W___ said a crowd of people gathered towards the argument between Harding and B___. W___ reported seeing H___ trying to break apart the the argument between Harding and B___. Harding then began to swing a knife towards the crowd in the entry way of the bar. W___ then saw H___ on the ground bleeding, but never saw him get stabbed by Harding.

I asked Officer Bautista #560 to bring W___ over to Harding's location to see if he could identify him as the suspect who stabbed H___. Officer Bautista gave W___ an infield admonishment. W___ positively identified Harding as the person who stabbed H___ with a knife. See Officer Bautista's supplemental. Cpl. Herndon #433 took photos of the crime scene.

Cpl. Postolaki #559 located a red folding knife outside (east side) of the bar. I collected a red folding knife that was found in the vicinity (east side of the Blue Rock Bar) of where Harding was arrested. I then collected Harding's white Adidas shoes as evidence which had red blood on the top.

I transported Harding to the Vallejo Police Department for processing. I also collected Harding's blue jean pants as evidence due to it having red blood stains on same. Cpl. Huff arrived at the booking area with C___ G___. He advised me that G___'s shoe had red blood stains on same. I collected G___'s red Converse shoes as evidence.

I read Harding his Miranda Rights which he told me he understood. Harding told me he didn't want to talk to me about the incident. I ask no further questions at that time.

| Vallejo Police Department | Crime Report |
|---|---|
| 111 Amador ST<br>Vallejo, CA 94590<br>707 648-4321<br>Fax: 707 648-4490<br>www.vallejopd.com | Report # 1303216.1<br>Date: 3/21/2013<br>11<br>Page 11 of 3 |

I booked all evidence collected into a Vallejo Police Department evidence locker. Harding and G▮ were then booked into the Solano County jail.

I then contacted the North Bay Trauma Center Emergency Room to get the medical condition of H▮. Taylor from North Bay Hospital advised me that H▮ was awaiting surgery. His prognosis was unknown at that time.

Forward to the Solano County District Attorney's Office charging Harding with 245(a)(1) PC -- Assault with a Deadly Weapon (Knife).

Off A. Sanchez #634

Approved by Sgt H. Robinson #331
03-21-2013

****************************************************************************

Supplemental Report: J.Bauer 591

On 03-21-13 at approximately 0140 hours, I responded to North Bay Medical Center to take photos and attempt to get a statement from the victim, B▮ H▮. As I arrived, B▮ H▮ was being wheeled to the CT room and then he was going to the operating room. I asked B▮ if he remembered what happened or who stabbed him. B▮ told me the following.

B▮ H▮ stated he was in the bar when "G▮" and another male were in a verbal argument. B▮ thought the argument was over a girl. The male suspect B▮ stated had a ponytail. The male caused a bigger scene when he threw a bar stool and pulled out a knife. B▮ said he kicked the male out of the bar since he didn't want to have any problems.

The male then returned with a second male wearing a red baseball cap. B▮ knew they were going after "G▮", so he stepped in before they could get to him in an attempt to diffuse the problem. The male with the ponytail then stabbed B▮ in the left forearm with the knife he had. B▮ immediately punched the male in the face and the scuffle ended quickly after. B▮ stated he did not know he was stabbed more than the one time in the forearm.

B▮ was then brought into the CT room and I was able to get a few photos of his wounds before being required to leave the room.

I observed a stab wound on his left forearm, right side of his stomach and right thigh. He also had a stab wound on the left side of his chest, however, it was covered to stop the bleeding and I was unable to photograph it.

As I left, I confirmed with B▮ that the male with the ponytail stabbed him. He stated, "yes" and said the guy in the red hat might have also stabbed him because he didn't remember feeling those stabs and he was right with the male with the ponytail.

See other officer's reports for details.

Off J. Bauer #591

Approved by Sgt H. Robinson #331
03-21-2013

..........................................................

SUPPLEMENT BY HUFF 586

On the listed date and time, I was driving marked police car #168 with Ofc. Quesada #504 as my passenger. We were both wearing full, VPD uniforms. Mine was the much more tactical BDU style and his the fancier wools with a real badge and a slew of awards.

We were dispatched to the Blue Rock Bar at 2015 Springs Road regarding a stabbing that just occurred. We were the first

**Vallejo Police Department**
111 Amador ST
Vallejo, CA 94590
707 648-4321
Fax: 707 648-4490
www.vallejopd.com

Crime Report
Report # 1303216.1
Date: 3/21/2013

12
Page 12 of 3

to arrive at the scene and upon our arrival, I met with the victim, B███ H███ in front of the bar who was suffering from several apparent stab wounds. I immediately asked the Victim who stabbed you and he pointed eastbound and replied, "the guy in the in the red hat, that's one of them." I observed a WMA, later identified as G███ C███, wearing a red baseball cap walking EB in front of the Subway Sandwich shop looking over his shoulder at me as he walked off with a WFA, later identified as D███ A███.

I left Ofc. Quesada at the bar and drove to Oakwood Avenue were C███ and A███ were now walking in front of (W) T███ B███. I pointed my handgun at C███ since a weapon had been used in this crime and directed him to the ground. C███ eventually complied with my orders after being told several times to get on the ground. With the assistance of Ofc. Wylie #570, I detained all three subjects without incident.

While talking to C███, I could smell a strong odor of alcoholic beverages upon his breath, he was very poor on his feet (balance), his speech was slow and lethargic and often did not make sense. I located a single blood drop on the top of C███'s red size 10 Converse shoes. See Photos taken by Cpl. Postolaki #559. An in filed was conducted by a witness that determined C███ had not actually been the stabber, although his level of actual involvement was still to be determined. C███ stated he had separated his cousin Jacob from some guy at the bar which is when C███ and his baby momma, A███, went around to the back of the bar. C███ stated Jacob then disappeared and he didn't know where he had gone at that time. C███ stated his ride, Jacob, was now missing and he didn't have any way home. C███ was arrested due to his intoxicated state and I took his shoes as evidence which were later booked by Ofc. Sanchez #634.

I spoke with (W) B███ at the scene. B███ stated that there had been a big argument at the bar which is when she left and had been slowly walking home southbound on Oakwood Avenue. B███ stated A███ and C███ had then walked up alongside her and passed her up on the sidewalk which is when I drove up. B███ stated she heard A███ telling C███ how dumb he was for what had happened at the bar. B███ did not hear anything specific and had left prior to any stabbing, so she didn't realize what had actually happened.

See Ofc. Sanchez' report as well as others for further details.

END OF SUPPLEMENT BY Off J. HUFF #586

Approved by Sgt H. Robinson #331
03-21-2013

---

SUPPLEMENT BY QUESADA 504

Myself and Cpl. Huff #586 were dispatched to the Blue Rock Inn bar at 2015 Springs Road in regards to a stabbing. We were in full VPD uniform and in a marked police vehicle unit #168. Upon arrival, there were several people walking out of the bar after enjoing libations. From outside, I could see blood on the floor inside the bar. The victim, B███ H███, came out and pointed out a subject that was wearing a red hat and stated that he was involved. Cpl. Huff jumped back into the police cruiser and followed the subject on Oakwood Avenue just south of Springs Road and detained him. ==While I was in front of the bar, a unknown female pointed out that the subject in the bar parking lot with the pony tail was also involved.== As I approached him, I proned him out on the ground due to the possibility that he may have had a weapon concealed on his person. ==He was detained and later identified as Jacob Harding.== ==I did not locate any weapons on Harding.== ==He was eventually identified as being involved with the stabbing by a witness.== ==Ofc. Bautista #560 conducted the in field line up.==

==There was a drop of blood on top of his left shoe.== Officer Sanchez #634 booked the shoes as evidence.

Ofc. R. Quesada #504

Approved by Sgt H. Robinson #331
03-21-2013