1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:21-CR-00118-JAM

12                      Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                         FINDINGS AND ORDER

14  JACOB HARDING-ABEYTA,                DATE: September 28, 2021
                                         TIME: 9:30 a.m.
15                      Defendant.       COURT: Hon. John A. Mendez

16

17                               **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on September 28, 2021.

21        2.      By this stipulation, defendant now moves to continue the status conference until

22  November 9, 2021, and to exclude time between September 28, 2021, and November 9, 2021, under

23  Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case

26  includes over 10 gigabytes of evidence in electronic form, including criminal history documents,

27  body camera footage, police reports, and a forensic cellular phone extraction.  All of this

28  discovery has been either produced directly to counsel and/or made available for inspection and

STIPULATION REGARDING EXCLUDABLE TIME            1
PERIODS UNDER SPEEDY TRIAL ACT

1   copying.  Additional discovery is forthcoming.

2          b)     Counsel for defendant desire additional time to consult with their client, review

3   the current and forthcoming discovery, conduct investigation and research related to the charge,

4   discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for

5   trial.

6          c)     Counsel for defendant believe that failure to grant the above-requested

7   continuance would deny them the reasonable time necessary for effective preparation, taking into

8   account the exercise of due diligence.

9          d)     The government does not object to the continuance.

10          e)     Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13          f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of September 28, 2021 to November

15   9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

16   Code T4] because it results from a continuance granted by the Court at defendant's request on

17   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

18   best interest of the public and the defendant in a speedy trial.

19   //

20

21   //

22

23   //

24

25   //

26

27   //

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1        4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4        IT IS SO STIPULATED.

5

6

7 Dated:  September 22, 2021                PHILLIP A. TALBERT
                                    Acting United States Attorney

8

9                                /s/ ADRIAN T. KINSELLA
                                ADRIAN T. KINSELLA
                                Assistant United States Attorney

10

11

12 Dated:  September 22, 2021                /s/ ERICA TREEBY
                                    ERICA TREEBY
13                                  Counsel for Defendant
                                JACOB HARDING-ABEYTA

14

15 Dated:  September 22, 2021                /s/ VINCENT BARRIENTOS
                                    VINCENT BARRIENTOS
16                                  Counsel for Defendant
                                JACOB HARDING-ABEYTA

17

18

19

20                    **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of September, 2021.

21

22

23                                /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
24                                UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

            STIPULATION REGARDING EXCLUDABLE TIME        3
            PERIODS UNDER SPEEDY TRIAL ACT