PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00118-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JACOB HARDING-ABEYTA, | DATE: November 9, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 9, 2021.

2. By this stipulation, defendant now moves to continue the status conference until December 14, 2021, and to exclude time between November 9, 2021, and December 14, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 10 gigabytes of evidence in electronic form, including criminal history documents, All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discovery consisting of certified court records is

forthcoming.

b) Counsel for defendant desire additional time to consult with their client, review the current and forthcoming discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

c) Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 9, 2021 to December 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: November 4, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|---|---|
| | /s/ ADRIAN T. KINSELLA<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| Dated: November 4, 2021 | /s/ ERICA TREEBY<br>ERICA TREEBY<br>Counsel for Defendant<br>JACOB HARDING-ABEYTA |
| Dated: November 4, 2021 | /s/ VINCENT BARRIENTOS<br>VINCENT BARRIENTOS<br>Counsel for Defendant<br>JACOB HARDING-ABEYTA |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of November, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE