PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00118-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JACOB HARDING-ABEYTA, | DATE: January 18, 2022<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 18, 2022.

2. By this stipulation, defendant now moves to continue the status conference until February 8, 2022 at 9:30 a.m., and to exclude time between January 18, 2022, and February 8, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 10 gigabytes of evidence in electronic form, including criminal history documents and certified court records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant desire additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

      c)    Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 18, 2022 to February 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 14, 2022               PHILLIP A. TALBERT
                                      United States Attorney

                                      /s/ ADRIAN T. KINSELLA
                                      ADRIAN T. KINSELLA
                                      Assistant United States Attorney

Dated: January 14, 2022               /s/ ERICA TREEBY
                                      ERICA TREEBY
                                      Counsel for Defendant
                                      JACOB HARDING-ABEYTA

Dated: January 14, 2022               /s/ VINCENT BARRIENTOS
                                      VINCENT BARRIENTOS
                                      Counsel for Defendant
                                      JACOB HARDING-ABEYTA

## ORDER

IT IS SO FOUND AND ORDERED this 14th day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE