PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB HARDING-ABEYTA,<br><br>Defendant. | CASE NO. 2:21-CR-00118-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 8, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 8, 2022.

2. By this stipulation, defendant now moves to continue the status conference until March 15, 2022, at 9:30 a.m., and to exclude time between February 8, 2022, and March 15, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 10 gigabytes of evidence in electronic form, including criminal history documents and certified court records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for defendant desire additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

      c)     Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 8, 2022 to March 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 4, 2022	PHILLIP A. TALBERT
	United States Attorney


	/s/ ADRIAN T. KINSELLA
	ADRIAN T. KINSELLA
	Assistant United States Attorney


Dated:  February 4, 2022	/s/ ERICA TREEBY
	ERICA TREEBY
	Counsel for Defendant
	JACOB HARDING-ABEYTA

Dated:  February 4, 2022	/s/ VINCENT BARRIENTOS
	VINCENT BARRIENTOS
	Counsel for Defendant
	JACOB HARDING-ABEYTA


**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of February, 2022.


	/s/ John A. Mendez
	THE HONORABLE JOHN A. MENDEZ
	UNITED STATES DISTRICT COURT JUDGE