PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JACOB HARDING-ABEYTA,<br><br>            Defendant. | CASE NO. 2:21-CR-00118-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 15, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 15, 2022.

2. By this stipulation, defendant now moves to continue the status conference until May 24, 2022, at 9:30 a.m., and to exclude time between March 15, 2022, and May 24, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 10 gigabytes of evidence in electronic form, including criminal history documents and certified court records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desire additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial. Additionally, Counsel for defendant are both currently in trial until mid-May 2022, hampering their ability to meet and prepare with their client.

      c)      Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2022 to May 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 11, 2022        PHILLIP A. TALBERT
                             United States Attorney

                             /s/ ADRIAN T. KINSELLA
                             ADRIAN T. KINSELLA
                             Assistant United States Attorney

Dated: March 10, 2022        /s/ ERICA TREEBY
                             ERICA TREEBY
                             Counsel for Defendant
                             JACOB HARDING-ABEYTA

Dated: March 10, 2022        /s/ VINCENT BARRIENTOS
                             VINCENT BARRIENTOS
                             Counsel for Defendant
                             JACOB HARDING-ABEYTA

## ORDER

IT IS SO FOUND AND ORDERED this 11th day of March, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE