PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JACOB HARDING-ABEYTA,<br><br>                    Defendant. | CASE NO. 2:21-CR-00118-JAM<br><br>UNITED STATES' MEMORANDUM REGARDING THE DEFENDANT'S OPEN CHANGE OF PLEA<br><br>DATE: June 14, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

The defendant is charged in the indictment with a single count of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm. ECF No. 9. This case is currently set for a status conference and potential change of plea on June 14, 2002. On June 9, 2022, the defense confirmed it is ready to proceed with an open change of plea. The United States offers this memorandum in advance of this hearing.

## I.     ELEMENTS OF THE OFFENSE

At a trial, the government would have to prove beyond a reasonable doubt the following elements of the offense to which the defendant is pleading guilty:

1. The defendant knowingly possessed a firearm;

2. The firearm had been shipped or transported from one state to another, or between a foreign nation and the United States, and;

3. At the time of possession, the defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

4. At the time the defendant possessed the firearm, he knew he was convicted of a crime punishable by imprisonment for a term exceeding one year.

## II. MAXIMUM SENTENCE

### A. Maximum penalty

The maximum sentence that the Court can impose is up to 10 years in prison, a fine of $250,000, a three-year period of supervised release, and a special assessment of $100.

### B. Violations of Supervised Release

If the defendant violates a condition of supervised release at any time during the term of supervised release, the Court may revoke the term of supervised release and require the defendant to serve up to two years of additional imprisonment.

## III. FACTUAL BASIS

If this matter proceeded to trial, the United States would establish the following facts beyond a reasonable doubt. The government and the defense intend to jointly stipulate to this factual basis at the change of plea.

On October 7, 2020, officers executed a parole search of the residence Jacob Harding-Abeyta was staying at. This residence was located in Vallejo, California. Inside a room containing Harding-Abeyta's indicia, officers located a loaded .45 caliber Springfield Model XDS handgun with serial number XS562903. Harding-Abeyta admits that he knowingly possessed the firearm described above, which was manufactured outside the State of California. Harding-Abeyta also admits that, at the time he possessed this firearm, he knew he had been previously convicted of a felony, and that this offense was punishable for a term exceeding one year.

Dated: June 9, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney