ERICA TREEBY, SBN 275947
VINCENT BARRIENTOS, SBN 314623
3330 Geary Boulevard, 3rd Floor East
San Francisco, CA 94118
Telephone: 415/986-5591
Facsimile: 415/421-1331
Erica@Pier5Law.com
Vincent@BarrientosLaw.com

Attorneys for Defendant
JACOB HARDING-ABEYTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00118-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JACOB HARDING-ABEYTA, | DATE: June 14, 2022 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference and potential change of plea on June 14, 2022.

2. By this stipulation, defendant now moves to continue the hearing until October 18, 2022, at 9:30 a.m., and to exclude time between June 14, 2022, and October 18, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 10 gigabytes of evidence in electronic form, including criminal history documents and certified court records. Additionally, the government recently produced additional discovery consisting of a DNA examination report and other documents. All of this discovery has been

either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for defendant desire additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial. Counsel for defendant are both currently in trial until mid-September 2022, hampering their ability to meet and prepare with their client. Additionally, the pod where defendant is housed in the Sacramento County Jail is currently in quarantine status thereby impeding defendant from communicating with his counsel via telephone, as well as appearing in court in-person.

      c)     Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 14, 2022 to October 18, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 13, 2022        PHILLIP A. TALBERT
                            United States Attorney

                            /s/ ADRIAN T. KINSELLA
                            ADRIAN T. KINSELLA
                            Assistant United States Attorney

Dated: June 13, 2022        /s/ ERICA TREEBY
                            ERICA TREEBY
                            Counsel for Defendant
                            JACOB HARDING-ABEYTA

Dated: June 13, 2022        /s/ VINCENT BARRIENTOS
                            VINCENT BARRIENTOS
                            Counsel for Defendant
                            JACOB HARDING-ABEYTA

## ORDER

IT IS SO FOUND AND ORDERED this 13th day of June, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE