PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00118-JAM |
| Plaintiff, | STIPULATION TO SET JURY TRIAL AND RELATED DATES, AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JACOB HARDING-ABEYTA, | DATE: October 18, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference and a potential open change of plea on October 18, 2022. ECF Nos. 39, 40.

2. A federal grand jury returned an indictment on this case on June 24, 2021. ECF No. 9.

3. The government tendered a plea offer to the defense on November 2, 2021. In January 2022, after presenting and discussing this offer with their client, defense counsel informed the government that their client rejected this offer. This matter has since been set and rescheduled for a potential open changes of plea on at least two separate occasions. ECF Nos. 36-40.

4. By this stipulation, the parties now move to vacate the hearing set for October 18, 2022, set the matter for a jury trial on March 20, 2023, at 9:00 a.m., and to exclude time between October 18,

2022, and March 20, 2023, under Local Code T4.

5. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 10 gigabytes of evidence in electronic form, including police reports, body camera footage, photographs, DNA examination records, criminal history documents, and certified court records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desire additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

c) Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2022 to March 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

7. Additionally, the parties respectfully request that the Court set the following dates in this matter:

    a) Pretrial Motions Due:  November 15, 2022

    b) Responses to Pretrial Motions Due: December 9, 2022

    c) Reply to Pretrial Motions Due:  December 16, 2022

    d) Non-Evidentiary Hearing on Pretrial Motions: January 10, 2023

    e) Trial Confirmation Hearing; January 24, 2023, at 9:00 a.m.

    f) Trial Commencement Date:   March 20, 2023, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  October 14, 2022              PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ ADRIAN T. KINSELLA
                                         ADRIAN T. KINSELLA
                                         Assistant United States Attorney

Dated:  October 14, 2022              /s/ ERICA TREEBY
                                         ERICA TREEBY
                                         Counsel for Defendant
                                         JACOB HARDING-ABEYTA

Dated:  October 14, 2022              /s/ VINCENT BARRIENTOS
                                         VINCENT BARRIENTOS
                                         Counsel for Defendant
                                         JACOB HARDING-ABEYTA

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of October, 2022.  The Court ORDERS that the Status Conference set for 10/18/2022 be vacated and that the parties shall follow the below briefing/trial schedule:

    a)    Pretrial Motions Due:  November 15, 2022

    b)    Responses to Pretrial Motions Due: December 9, 2022

    c)    Reply to Pretrial Motions Due:  December 16, 2022

    d)    Non-Evidentiary Hearing on Pretrial Motions: January 10, 2023

    e)    Trial Confirmation Hearing; January 24, 2023, at 9:00 a.m.

    f)    Trial Commencement Date:   March 20, 2023, at 9:00 a.m.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE