PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACOB HARDING-ABEYTA,

Defendant.

CASE NO. 2:21-CR-00118-JAM

**STIPULATION TO VACATE TRIAL DATE, TO CONTINUE MOTION HEARING, AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**

DATE: March 14, 2023
TIME: 9:00 a.m.
COURT: Hon. John A. Mendez

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for a continued hearing on the defendant's pending motion to suppress on March 14, 2023. ECF No. 68. By previous order, this matter had also been set for trial on March 20, 2023. ECF No. 42.

2. By this stipulation, the parties now jointly move to vacate the trial date set for March 20, 2023, to continue the pending motion hearing to March 21, 2023, and to exclude time between March 14, 2023, and March 21, 2023, under Local Codes T4 and E.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 13 gigabytes of evidence in electronic form, including police reports, body camera

footage, dash camera footage, photographs, DNA examination records, criminal history documents, and certified court records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desire additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

c) Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 14, 2023 to March 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) Additionally, because the delay also results from the litigation of a pending pretrial motion, an exclusion of time is also appropriate pursuant to 18 U.S.C.§ 3161(h)(1)(D), B(iv) [Local Code E].

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: March 1, 2023

/s/ ERICA TREEBY
ERICA TREEBY
Counsel for Defendant
JACOB HARDING-ABEYTA

Dated: March 1, 2023

/s/ VINCENT BARRIENTOS
VINCENT BARRIENTOS
Counsel for Defendant
JACOB HARDING-ABEYTA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 2, 2023

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE