ERICA TREEBY, SBN 275947
VINCENT BARRIENTOS, SBN 314623
3330 Geary Boulevard, 3rd Floor East
San Francisco, CA 94118
Telephone: 415/986-5591
Facsimile: 415/421-1331
Erica@Pier5Law.com
Vincent@BarrientosLaw.com

Attorneys for Defendant
JACOB HARDING-ABEYTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:21-CR-00118-JAM |
| Plaintiff, | **ORDER AUTHORIZING SUBPOENA TO COMPEL WITNESS PURSUANT TO RULE 17 OF FEDERAL RULES OF CRIMINAL PROCEDURE** |
| v. | |
| JACOB HARDING-ABEYTA | |
| Defendant. | |
| _____/ | Judge: Honorable Deborah Barnes |

GOOD CAUSE HAVING BEEN SHOWN upon the application of defendant JACOB HARDING ABEYTA and the declaration of counsel in support thereof, and pursuant to Rule 17 of the Federal Rules of Criminal Procedure;

IT IS HEREBY ORDERED that defendant Jacob Harding Abyeta is authorized to issue a subpoena compelling the appearance of witness Benjamin Villenas at the evidentiary hearing on defendant's motion to suppress.

Dated:  March 20, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

*USA v. Harding Abeyta*, Case No. 2:21-CR-000118-JAM
ORDER RE: RULE 17 SUBPOENA