PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB HARDING-ABEYTA,<br><br>Defendant. | CASE NO. 2:21-CR-00118-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: June 6, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a continued motion hearing on the defendant's pending motion to suppress on March 21, 2023. ECF No. 68. Time has previously been excluded until this date. ECF No. 71.

2. On March 21, 2023, the Court heard argument on this motion, ordered additional briefing by the parties, and indicated it would consider the matter submitted after this briefing. ECF No. 77. At the request of the parties, the Court set this case for a further status hearing on June 6, 2023. *Id*.

3. By this stipulation, defendant now moves to **exclude time between March 21, 2023, and June 6, 2023, under Local Code T4; and between March 21, 2023 and the Court's ruling on the pending defense motion, under Local Code E**.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 12 gigabytes of evidence in electronic form, including criminal history documents and certified court records, DNA examination report, body camera and dash camera footage, pictures, a forensic phone examination report, and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Much of this discovery has recently been produced.

   b) Counsel for defendant desire additional time to consult with their client, review the discovery, conduct investigation and research related to the charges, discuss potential resolutions with their client, and otherwise prepare for trial.

   c) Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 21, 2023 to June 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   g) Additionally, because some of the delay results from the period between the filing of the defendant's motion to suppress to its prompt disposition, an exclusion of time up until this Court's ruling on the pending motion is also appropriate pursuant to 18 U.S.C.§ 3161(h)(1)(D), [Local Code E].

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

Dated:  March 22, 2023            PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ ADRIAN T. KINSELLA
                                  ADRIAN T. KINSELLA
                                  Assistant United States Attorney

Dated:  March 22, 2023            /s/ ERICA TREEBY
                                  ERICA TREEBY
                                  Counsel for Defendant
                                  JACOB HARDING-ABEYTA

Dated:  March 22, 2023            /s/ VINCENT BARRIENTOS
                                  VINCENT BARRIENTOS
                                  Counsel for Defendant
                                  JACOB HARDING-ABEYTA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 22, 2023             /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE