PHILLIP A. TALBERT
United States Attorney
JASON HITT
ADRIAN T. KINSELLA
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB HARDING-ABEYTA,<br><br>Defendant. | CASE NO.  2:21-cr-00118-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: September 26, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 26, 2023.

2. By this stipulation, defendant now moves to continue the status conference until **January 23, 2024**, **at 09:00 a.m.**, and to exclude time between September 26, 2023, and January 23, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 60 gigabytes of evidence in electronic form, including police reports, body camera and other recordings, criminal history documents, certified court records, a forensic cellular phone extraction, and jail calls and videos. All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with his client, review the discovery, conduct investigation and research related to the charges, discuss potential resolutions with his client, and otherwise prepare for trial. Additionally, counsel for defendant has represented that he is working on a pretrial motion which he intends to file soon.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2023 to January 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 21, 2023                     PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ ADRIAN T. KINSELLA
                                                ADRIAN T. KINSELLA
                                                Assistant United States Attorney


Dated:  September 21, 2023                     /s/ DANIEL OLMOS
                                                DANIEL OLMOS
                                                Counsel for Defendant
                                                JACOB HARDING-ABEYTA

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 21, 2023                      /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE