PHILLIP A. TALBERT
United States Attorney
JASON HITT
ADRIAN T. KINSELLA
HADDY ABOUZEID
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB HARDING-ABEYTA,<br><br>Defendant. | CASE NO. 2:21-cr-00118-JAM<br><br>**STIPULATION REGARDING MODIFICATION OF BRIEFING SCHEDULE FOR MOTION FILED AT ECF NO. 98; FINDINGS AND ORDER**<br><br>DATE: January 23, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is set for a status conference on January 23, 2024. Time has already been excluded until this date. ECF No. 95.

2. The defendant's second motion to suppress is currently pending. ECF No. 98. The government's response is currently due on November 10, 2023, and the defendant's optional reply is due on November 30, 2023. ECF No. 100. The Court has indicated that, should it determine a motion hearing is necessary, it will notify the parties and that such a hearing would be set for January 9, 2024, at 09:00 a.m. *Id*.

//

//

3. By this stipulation, the parties now move to continue the due date of the government's response to November 17, 2023, while leaving all other dates the same.

IT IS SO STIPULATED.

Dated: November 9, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: November 9, 2023

/s/ DANIEL OLMOS
DANIEL OLMOS
Counsel for Defendant
JACOB HARDING-ABEYTA

## ORDER

The Government's opposition brief to ECF No. 98 shall be filed no later than **November 17, 2023**. All other dates remain the same.

IT IS SO ORDERED.

Dated: November 15, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE