Daniel Olmos (CA SBN 235319)
Christopher Wheless (CA SBN 348492)
NOLAN BARTON OLMOS & LUCIANO, LLP
430 D Street
Davis, California 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law
cwheless@nbo.law

Attorneys for Defendant
JACOB HARDING-ABEYTA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JACOB HARDING-ABEYTA,<br><br>  Defendant. | Case No. 2:21-cr-00118-JAM<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATE OF DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO THE MOTION TO SUPPRESS** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Adrian T. Kinsella, and Defendant Jacob Harding-Abeyta, through his attorney Daniel Olmos, that the due date for Defendant's reply brief to the Government's opposition to the motion to suppress, now set for November 30, 2023, be continued to December 8, 2023. The reason for this request is that counsel had to file a brief in the Ninth Circuit this week and needs additional time to respond to the government's opposition.

1  For the foregoing reasons, the parties stipulate to extend the due date for Defendant's
2  reply brief to December 8, 2023.
3  IT IS SO STIPULATED.

4  Dated: November 28, 2023            NOLAN BARTON OLMOS & LUCIANO, LLP

6                                      /s/ *Daniel Olmos*
                                       DANIEL OLMOS
7                                      Attorney for Defendant Jacob Harding-Abeyta

8  Dated: November 28, 2023            PHILLIP A. TALBERT
                                       UNITED STATES ATTORNEY
9

11                                     /s/ *Adrian T. Kinsella*
                                       By:  ADRIAN T. KINSELLA
12                                     Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JACOB HARDING-ABEYTA,<br><br>　　　Defendant. | Case No. 2:21-cr-00118-JAM<br><br>**ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS** |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's Reply to the Government's Opposition to Motion to Suppress is now due on **December 8, 2023**.

Dated:  December 01, 2023             /s/ John A. Mendez
　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE