# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| *Subject:* | **United States v. Harding-Abeyta, 2:21-cr-118-JAM** | *Date:* | **May 10, 2024** |
|---|---|---|---|
| *To:* | **M York**<br>**Courtroom Deputy to the**<br>**Honorable John A. Mendez**<br>**Senior United States District Judge**<br>**U.S. District Court, Eastern District of CA** | *From:* | **AUSA Adrian T. Kinsella**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700**<br>**Fax: (916) 554-2900** |

This matter is currently set for a jury trial on August 26, 2024.  ECF No. 112.  The parties have recently reached a plea agreement, and therefore respectfully request that this matter be scheduled for a Change of Plea hearing on June 4, 2024, at 9:00 AM.